AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

**DISTRICT OF MASSACHUSETTS**

TRUSTEES OF THE PLUMBERS AND GASFITTERS' LOCAL UNION NO. 12 WELFARE, PENSION, ANNUITY, VACATION & XMAS and FRINGE BENEFIT FUNDS; PLUMBERS AND GASFITTERS LOCAL UNION NO. 12; AND PLUMBERS' UNION LOCAL NO. 12 LABOR MANAGEMENT COOPERATION TRUST FUND

V.

THE COASTLINE COMPANY, INC.

04 11672 JLT

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

TO: (Name and address of defendant)

The Coastline Company, Inc.
*c/o Its Agent for Service:*
John W. Drysdale, Jr.
20 Camelot Drive
Plymouth, MA  02360

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. Brown, Esq.
**ROBERT M. CHEVERIE & ASSOCIATES, P.C.**
Commerce Center One
333 East River Drive, Suite 101
East Hartford, CT  06108-4203

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

DATE JUL 28 2004

(BY) DEPUTY CLERK

**Plymouth County Sheriff's Department** • P.O. Box 1663 • Brockton, MA 02303 • 580-2110

*Plymouth, ss.*

August 6, 2004

I hereby certify and return that on 8/5/2004 at 02:36 pm I served a true and attested copy of the summons and complaint with civil action cover sheet in this action in the following manner: To wit, by delivering in hand to John W. Drysdale, ... agent/person in charge at the time of service for The Coastline Company, at 29 Camelot Drive, Plymouth, MA 02360. (P&H no mailing) ($1.00), Attest (1 copy) ($5.00), Basic Service Fee ($30.00), Conveyance ($1.50), Travel ($10.00) Total Charges $50.50

Deputy Sheriff Richard Kenney                                  Deputy Sheriff

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:_____

_____

☐ Return unexecuted:_____

_____

☐ Other (specify):_____

_____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
                    Date                                              Signature of Server

                                                                  _____
                                                                  Address of Server

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure