UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 SEP 30  A 11: 07

U.S. DISTRICT COURT
DISTRICT OF MASS.

Civil Action No. 04-11672JLT

TRUSTEES OF THE PLUMBERS AND )
GASFITTERS LOCAL UNION NO. 12 )
WELFARE, PENSION, ANNUITY, VACATION )
& XMAS and FRINGE BENEFIT FUNDS; )
PLUMBERS and GASFITTERS LOCAL UNION )
NO. 12; and PLUMBERS' UNION LOCAL NO. )
12 LABOR MANAGEMENT COOPERATION )
TRUST FUND )
                                                    Plaintiffs )

v. )

THE COASTLINE COMPANY, INC. )
                                                    Defendant )

## DEFENDANT, THE COASTLINE COMPANY, INC.'S ANSWER AND DEMAND FOR JURY TRIAL

COMES NOW, the Defendant, The Coastline Company, Inc. (hereinafter referred to as "Coastline"), by and through counsel, and hereby answers the Plaintiffs' ERISA Collection Complaint as follows:

1. Paragraph 1 of the Plaintiffs' Complaint contains no specific allegations against the Defendant, Coastline and therefore no response is necessary. To the extent that a response is necessary, said allegations are denied.

2. Paragraph 2 of the Plaintiffs' Complaint calls for the Defendant to make a legal conclusion and therefore no response is required. To the extent that a response is required, said allegations are denied.

3. Paragraph 3 of the Plaintiffs' Complaint calls for the Defendant to make a legal conclusion and therefore no response is required. Admitted that The Coastline Company, Inc. has a principal place of business located at 20 Camelot Drive, Plymouth, Massachusetts 02360, with respect to the remaining allegations of paragraph 3, said allegations are denied.

LAW OFFICES OF
ROBERT PHILIP HILSON
A PROFESSIONAL CORP.
175 DERBY STREET
SUITE 12
HINGHAM, MA
02043

(781) 740-4118

...
...

4. Admitted.

5. Paragraph 5 of the Plaintiffs' Complaint calls for the Defendant to make a legal conclusion and therefore no response is required. To the extent that a response is required, said allegations are denied.

6. Paragraph 6 of the Plaintiffs' Complaint calls for the Defendant to make a legal conclusion and therefore no response is required. To the extent that a response is required, said allegations are denied.

## COUNT 1: ERISA-CLAIM FOR DELINQUENT FUNDS CONTRIBUTIONS

7. Admitted that the Defendant is obligated by the terms of the collective bargaining agreement between the Defendant and by the terms of the Funds' Agreement and Declaration of Trust. With respect to the remaining allegations of paragraph 7, said allegations are denied.

8. Admitted that fund contributions are due on the fifteen (15th) day of the month following the month in which the contributions accrued. With respect to the remaining allegations of paragraph 8, said allegations are denied.

9. Denied.

10. Denied.

11. Paragraph 11 of the Plaintiffs' Complaint calls for the Defendant to make a legal conclusion and therefore no response is required. To the extent that a response is required, said allegations are denied.

12. Denied.

13. Denied.

14. Paragraph 14 of the Plaintiffs' Complaint calls for the Defendant to make a legal conclusion and therefore no response is required. To the extent that a response is required, said allegations are denied.

## COUNT II: LABOR MANAGEMENT RELATIONS ACT

15. The Defendant, Coastline repeats its answers to paragraphs 1 through 14 above and incorporates the same herein.

LAW OFFICES OF
ROBERT PHILIP HILSON
A PROFESSIONAL CORP.
176 DERBY STREET
SUITE 12
HINGHAM, MA
02043

(781) 740-4118

16.     Paragraph 16 of the Plaintiffs' Complaint calls for the Defendant to make a legal conclusion and therefore no response is required. To the extent that a response is required, said allegations are denied.

## COUNT II: ERISA-ACTION TO ENJOIN DEFENDANT FROM VIOLATING TERMS OF THE PLANS

17.     The Defendant, Coastline repeats its answers to paragraphs 1 through 16 above and incorporates the same herein.

18.     Admitted.

19.     Denied. In further answering the Defendant states that it has provided the required bond to the Plaintiffs and accordingly, this action is moot.

20.     Denied.

## COUNT IV: LMRA - BREACH OF CONTRACT

21.     The Defendant, Coastline repeats its answers to paragraphs 1 through 20 above and incorporates the same herein.

22.     Paragraph 22 of the Plaintiffs' Complaint calls for the Defendant to make a legal conclusion and therefore no response is required, to the extent that a response is required, said allegations are denied.

## AFFIRMATIVE DEFENSES

1.     The Plaintiffs' Complaint fails to state a claim upon which relief may be granted against the Defendant and therefore must be dismissed pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

2.     The Plaintiffs, by their own actions and conduct have waived any and all rights they may have had against the Defendant.

3.     The Plaintiffs, by their own actions and conduct are estopped from pursuing any claims against the Defendant.

4.     The Plaintiffs have suffered no damages whatsoever as a result of any actions of the Defendant.

5.     The Plaintiffs' damages, if any, were caused by parties for whose conduct the Defendant was not responsible.

LAW OFFICES OF
ROBERT PHILIP HILSON
A PROFESSIONAL CORP.
175 DERBY STREET
SUITE 12
HINGHAM, MA
02043

(781) 740-4118

6. The Plaintiffs' damages, if any, were caused in whole or in part by its own actions, conduct or agreements.

7. The Plaintiffs are guilty of unclean hands.

8. The Plaintiffs' claim is barred due to the doctrine of latches.

9. The Plaintiffs' claim is barred by the Statute of Frauds.

10. The Plaintiffs have violated the terms and conditions of the Plaintiffs own agreement and therefore are barred from any recovery.

11. The Plaintiffs' Complaint fails to state a claim upon which relief may be granted as the Plaintiffs have failed to act in a commercially reasonable manner.

12. The Plaintiffs' claims are barred to the extent the Plaintiffs have suffered no actual harm or damages in this matter.

13. The Plaintiffs' claims are barred to the extent that they have failed to comply with the terms of their own agreement.

14. The Plaintiffs' claims are barred to the extent that this matter is subject to dismissal pursuant to Rule 12(b)(4) of the Federal Rules of Civil Procedure, due to insufficiency of process.

15. The Plaintiffs' claims are barred to the extent that this matter is subject to dismissal pursuant to Rule 12(b)(5) of the Federal Rules of Civil Procedure, due to insufficiency of service of process.

16. The Plaintiffs' claims are barred to the extent the Plaintiffs seek to recover monies from Coastline for employees that were not working within the required area to cause benefits to be owed.

WHEREFORE, the Defendant, The Coastline Company, Inc. respectfully requests that this Honorable Court dismiss, with costs and attorneys' fees where applicable, the Plaintiffs' ERISA Collection Complaint and the allegations contained therein.

## JURY TRIAL DEMAND

The Defendant, The Coastline Company, Inc. hereby claims a trial by jury on all issues raised in the Plaintiffs' Complaint and the Defendant's Answer thereto, which are so triable.

LAW OFFICES OF
ROBERT PHILIP HILSON
A PROFESSIONAL CORP.
175 DERBY STREET
SUITE 12
HINGHAM, MA
02043

(781) 740-4116

THE COASTLINE COMPANY, INC.

By its attorneys,

Date: 9/29/04

Robert Philip Hilson (BBO #547899)
Jason A. Pithie (BBO #644941)
Law Offices of Robert Philip Hilson
A Professional Corporation
175 Derby Street, Suite 12
Hingham, Massachusetts 02043
(781) 740-4118

## CERTIFICATE OF SERVICE

I, Jason A. Pithie, counsel to the Defendant herein, hereby certify that I served a true copy of the within Answer and Demand for jury Trial upon John Brown, Esq., Robert M. Cheverie & Associates, PC, 333 East River Drive, Suite 101, East Hartford, CT 06108 and upon the Secretary of the Treasury, Internal Revenue Service, P.O. Box 13163, Baltimore, Maryland 21203, Attention Employee Plans, and Secretary of Labor, 200 Constitution Avenue, N.W., Washington, DC 20210, Attention Assistant Solicitor for Plan Benefit Security, by sending a true copy thereof, by Federal Express, overnight delivery, on the date set forth below.

Date: 9/29/04

Jason A. Pithie

f:\wp61\docs\coa-li.ans

LAW OFFICES OF
ROBERT PHILIP HILSON
A PROFESSIONAL CORP
175 DERBY STREET
SUITE 12
HINGHAM, MA
02043

(781) 740-4118

5