UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

TRUSTEES OF THE PLUMBERS AND GASFITTERS' LOCAL UNION NO. 12 WELFARE, PENSION, ANNUITY, VACATION & XMAS and FRINGE BENEFIT FUNDS; PLUMBERS AND GASFITTERS LOCAL UNION NO. 12; AND PLUMBERS' UNION LOCAL NO. 12 LABOR MANAGEMENT COOPERATION TRUST FUND

Plaintiffs

VS.

THE COASTLINE COMPANY, INC.

Defendant

Civil Action No. 04 11672 JLT

October 18, 2004

---

## PLAINTIFFS' REPLY TO DEFENDANT'S AFFIRMATIVE DEFENSES

In answer to the Plaintiffs' Complaint, Defendant, The Coastline Company, Inc., raised numerous Affirmative Defenses. To the extent that Defendant's Answer and the Affirmative Defenses contained therein may constitute a counterclaim under F.R.C.P. Rule 8(c), the Plaintiffs hereby reply as follows:

1. Paragraph 1 calls for a legal conclusion and is otherwise DENIED.
2. Paragraph 2 calls for a legal conclusion and is otherwise DENIED.
3. Paragraph 3 calls for a legal conclusion and is otherwise DENIED.
4. Paragraph 4 is DENIED.
5. Paragraph 5 is DENIED.

6. Paragraph 6 is DENIED.

7. Paragraph 7 is DENIED.

8. Paragraph 8 calls for a legal conclusion and is otherwise DENIED.

9. Paragraph 9 calls for a legal conclusion and is otherwise DENIED.

10. Paragraph 10 calls for a legal conclusion and is otherwise DENIED.

11. Paragraph 11 calls for a legal conclusion and is otherwise DENIED.

12. Paragraph 12 calls for a legal conclusion and is otherwise DENIED.

13. Paragraph 13 calls for a legal conclusion and is otherwise DENIED.

14. Paragraph 14 calls for a legal conclusion and is otherwise DENIED.

15. Paragraph 15 calls for a legal conclusion and is otherwise DENIED.

16. Paragraph 16 calls for a legal conclusion and is otherwise DENIED.

Dated:     October 18, 2004

Respectfully submitted,

THE PLAINTIFFS

By: _____
John M. Brown, Esq.
BBO# 651103
Their Attorney
ROBERT M. CHEVERIE &
 ASSOCIATES, P.C.
333 East River Drive, Suite 101
East Hartford, CT 06108-4206
Tele: (860) 290-9610
E-mail: jbrown@cheverielaw.com

# CERTIFICATE OF SERVICE

This is to certify that a copy of *Plaintiffs' Reply to Affirmative Defenses* has been served by first class mail, postage prepaid, this 18th day of October 2004, on the following:

*Attorney for Defendant:*

Jason A. Pithie, Esq.
LAW OFFICES OF
ROBERT PHILIP HILSON, P.C.
175 Derby Street, Suite 12
Hingham, MA  02043


_____
John M. Brown

JTF.12FUNDSCoastline.2004
Plaintiffs' Reply to Affirmative Defenses.10-18-04