11/22/2004 MON 15:46 FAX 860 290 9611 Cheverie & Associates          ☒003/005

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRUSTEES OF THE PLUMBERS AND GASFITTERS' LOCAL UNION NO. 12 WELFARE, PENSION, ANNUITY, VACATION & XMAS and FRINGE BENEFIT FUNDS; PLUMBERS AND GASFITTERS LOCAL UNION NO. 12; AND PLUMBERS' UNION LOCAL NO. 12 LABOR MANAGEMENT COOPERATION TRUST FUND<br><br>Plaintiffs<br><br>VS.<br><br>THE COASTLINE COMPANY, INC.<br><br>Defendant | Civil Action No. 04-11672 (JLT)<br><br><br><br><br>November 30, 2004 |

### LOCAL RULE 16.1(D) JOINT STATEMENT AND CERTIFICATION

As required by the Notice of Scheduling Conference Order issued on or about November 3, 2004 in this matter, the Parties hereby jointly agree to the following. It is anticipated and expected that the Parties will be able to resolve, by execution of a mutually acceptable settlement agreement, the disagreement giving rise to this action. However, in the event that the Parties cannot so mutually agree to resolve this matter amicably, the Parties agree that the discovery in this matter shall be conducted in accordance with the Federal Rules of Civil Procedure and according to the following schedule:

DISCOVERY

The discovery proceedings shall be limited to the review of the following documentary evidence which is expected to be of relevance and materiality in resolving the dispute between the Parties:

1

1. The Collective Bargaining Agreement in effect between the Parties;
2. The Plaintiffs' Plan Documents, wherever and however relevant to the determination of liability for Defendant's monthly contribution obligations, including, but not limited to, the Plaintiffs' Collection and Delinquency Policies;
3. The Defendant's monthly remittance reports, periodic timesheets, paystubs and payroll records as needed; and
4. An audit of the Defendant's books and records if necessary.

The discovery proceedings shall also afford the Parties the opportunity to depose, if deemed necessary by either Party, (i) Mr. Jack Drysdale, authorized representative and owner of the Defendant Company, and (ii) Mr. Roger Gill, authorized representative and Trustee of the Plaintiff Funds.

It is further agreed that the discovery proceedings shall conclude upon the earlier of (i) April 1, 2005, or (ii) the filing by either Party of a Motion for Summary Judgment.

PROPOSED SCHEDULE FOR THE FILING OF MOTIONS

The Parties agree that a withdrawal may be filed by the Plaintiffs at any time during the proceedings. For all other dispositive motions, the Parties agree to file necessary motions as soon as practicable, but in every event, not later than the timeframe provided under the Federal or Local Rules of Civil Procedure.

CERTIFICATIONS OF THE PARTIES

The Parties hereby jointly certify the following:

1. That John M. Brown, Counsel for the Plaintiffs, has discussed the above-proposed pretrial schedule with Roger Gill, authorized representative and Fund Administrator for the Plaintiffs, (a) with a view to establishing a budget for the costs of conducting

2

11/30/2004 TUE 10:23 FAX 860 290 9611 Cheverie & Associates ☒005/005
Case 1:04-cv-11672-JLT    Document 7    Filed 11/30/2004    Page 3 of 3

11/22/2004 MON 15:46 FAX 860 290 9611 Cheverie & Associates ☒005/005

the full course - and various alternative courses - of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4; and

2. That Jason Pithie, Counsel for the Defendant, has discussed the above-proposed pretrial schedule with Jack Drysdale, authorized representative and owner of the Defendant Corporation, (a) with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____    _____
John M. Brown                                            Jason A. Pithie
Counsel for the Plaintiffs                           Counsel for the Defendant

_____    _____
Roger Gill                                                   Jack Drysdale
Authorized Representative                     Authorized Representative

JMB.LOCAL 12 FUNDS.COASTLINE
Proposed Joint Pretrial Schedule.11-18-04