UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| TRUSTEES OF THE PLUMBERS AND GASFITTERS' LOCAL UNION NO. 12 WELFARE, PENSION, ANNUITY, VACATION & XMAS AND FRINGE BENEFIT FUNDS, et al., | * * * * * * | |
| Plaintiffs, | * * * | |
| v. | * * * | Civil Action No. 04-11672-JLT |
| THE COASTLINE COMPANY, INC., | * * | |
| Defendant. | * | |

ORDER

December 9, 2004

TAURO, J.

After a conference on December 7, 2004, this court hereby orders that:

1. The Parties' <u>Local Rule 16.1(D) Joint Statement and Certification</u> [#7] is ADOPTED;

2. No further discovery will be permitted without leave of this court; and

3. A Further Conference is scheduled for April 13, 2005 at 10:15 a.m.

IT IS SO ORDERED.

/s/ Joseph L. Tauro
United States District Judge