FILED
IN CLERKS OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS    2005 FEB 25 P 3: 13

U.S. DISTRICT COURT
DISTRICT OF MASS

---

TRUSTEES OF THE PLUMBERS AND GASFITTERS'
LOCAL UNION NO. 12 WELFARE, PENSION, ANNUITY,
VACATION & XMAS and FRINGE BENEFIT FUNDS;
PLUMBERS AND GASFITTERS LOCAL UNION NO. 12;
AND PLUMBERS' UNION LOCAL NO. 12 LABOR
MANAGEMENT COOPERATION TRUST FUND

Civil Action No.
04 11672 JLT

Plaintiffs

VS.

THE COASTLINE COMPANY, INC.

February 23, 2005

Defendant

---

# MOTION FOR WITHDRAWAL OF APPEARANCE

Pursuant to Local Rule 83.5.2(c), the undersigned counsel hereby requests permission to withdraw his appearance on behalf of the Plaintiffs in this matter. The undersigned is leaving the firm's employ and, therefore, Robert M. Cheverie is simultaneously filing his Appearance in lieu of mine.

At the present time, there are no motions pending, and no trial date has been set. A Conference is currently scheduled for Wednesday, April 13, 2005 at 10:15AM before Judge Joseph L. Tauro.

**ORAL ARGUMENT NOT REQUESTED**

THE PLAINTIFFS,

By: _____

John M. Brown, Esq.
ROBERT M. CHEVERIE
& ASSOCIATES, P.C.
333 East River Drive Suite 101
East Hartford, CT 06108
Tele. No.: (860) 290-9610
BBO # 651103
THEIR ATTORNEY

# C E R T I F I C A T I O N

I hereby certify that a copy of the foregoing **Motion for Withdrawal of Appearance** has been mailed, first-class and postage prepaid, this _23rd_ day of February, 2005 to the following:

**Attorney for Defendant:**

Jason A. Pithie, Esq.
LAW OFFICES OF
ROBERT PHILIP HILSON, P.C.
175 Derby Street, Suite 12
Hingham, MA 02043

_____
JOHN M. BROWN

JTF.12FUNDS.COASTLINE CO., INC.
WITHDRAWAL OF JMB APPEARANCE 02-23-05

2