# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2005 FEB 25 P 3: 13
US DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| TRUSTEES OF THE PLUMBERS AND GASFITTERS' LOCAL UNION NO. 12 WELFARE, PENSION, ANNUITY, VACATION & XMAS and FRINGE BENEFIT FUNDS; PLUMBERS AND GASFITTERS LOCAL UNION NO. 12; AND PLUMBERS' UNION LOCAL NO. 12 LABOR MANAGEMENT COOPERATION TRUST FUND<br><br>Plaintiffs<br><br>VS.<br><br>THE COASTLINE COMPANY, INC.<br><br>Defendant | Civil Action No. 04 11672 JLT<br><br><br><br>February 23, 2005 |

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for **ALL PLAINTIFFS**

February 23, 2005
Date

Signature

082320
BBO Number

ROBERT M. CHEVERIE
Print Clearly or Type Name

(860) 290-9610
Telephone Number

333 East River Drive, Suite 101
Address

(860) 290-9611
Fax Number

East Hartford, CT 06108-4206

rcheverie@cheverielaw.com   (PLEASE ALSO cc to kdauphinais@cheverielaw.com )
E-mail address

# CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed this 23rd day of February, 2005 to the following:

**_Attorney for Defendant_:**

Jason A. Pithie, Esq.
LAW OFFICES OF
ROBERT PHILIP HILSON, P.C.
175 Derby Street, Suite 12
Hingham, MA  02043

_____
Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.24

JTF.12FUNDS.COASTLINE CO., INC.
RMC Federal District Court Appearance 02-23-05