UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-11672JLT

| | |
|---|---|
| TRUSTEES OF THE PLUMBERS AND GASFITTERS LOCAL UNION NO. 12 WELFARE, PENSION, ANNUITY, VACATION & XMAS and FRINGE BENEFIT FUNDS; PLUMBERS and GASFITTERS LOCAL UNION NO. 12 LABOR MANAGEMENT COOPERATION TRUST FUND<br><br>Plaintiffs<br><br>v.<br><br>COASTLINE COMPANY, INC.<br><br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF WITHDRAWAL OF APPEARANCE OF ROBERT PHILIP HILSON, ESQ. AND LAW OFFICES OF ROBERT PHILIP HILSON, P.C.

TO THE CLERK OF THE ABOVE-CAPTIONED COURT:

Please enter my withdrawal of appearance as counsel of record for the Defendant, Coastline Company, Inc. Please note that this Notice is accompanied with a Notice of Appearance of Jason A. Pithie, Esq. as counsel for the Defendant and therefore no hearing is required.

Date: 4-6-05

Robert Philip Hilson, Esq. (BBO # 547899)
Law Office of Robert Philip Hilson, P.C.
175 Derby Street, Suite 12
Hingham, MA 02043
(781) 740-4118

## CERTIFICATE OF SERVICE

      I, Robert Philip Hilson, Esq., hereby certify that I served a true copy of the within Notice of Withdrawal of Appearance of Robert Philip Hilson, Esq. and Law Office of Robert Philip Hilson, P.C. upon John Fussell Esq., Robert M. Cheverie & Associates, P.C., Commerce Center One, 333 East River Drive, Suite 101, East Hartford, Connecticut 06108, by mailing a true copy thereof, by first class mail, postage prepaid, on the date set forth below.

Date: 4/6/05

Robert Philip Hilson, Esq.

C:\Documents and Settings\Jason\My Documents\Coastline Co\Local 12\Notice of Withdrawal.doc