UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-11672JLT

| | |
|---|---|
| TRUSTEES OF THE PLUMBERS AND GASFITTERS LOCAL UNION NO. 12 WELFARE, PENSION, ANNUITY, VACATION & XMAS and FRINGE BENEFIT FUNDS; PLUMBERS and GASFITTERS LOCAL UNION NO. 12 LABOR MANAGEMENT COOPERATION TRUST FUND<br><br>Plaintiffs<br><br>v.<br><br>COASTLINE COMPANY, INC.<br><br>Defendant | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

### NOTICE OF APPEARANCE OF JASON A. PITHIE, ESQ.

TO THE CLERK OF THE ABOVE-CAPTIONED COURT:

    Please enter my appearance as Counsel for the Defendant, Coastline Company, Inc., in the above-captioned action.

    COASTLINE COMPANY, INC.

    By its attorney,

Date: 4/6/05

Jason A. Pithie (BBO # 644941)
Pithie & Associates, Inc., A Professional Corporation
158 Pleasant Street
South Weymouth, MA 02190
(781) 682-9010
Email: Jason_law@comcast.net

PITHIE & ASSOCIATES
158 Pleasant Street
So. Weymouth, MA 02190
781-682-9010

## CERTIFICATE OF SERVICE

    I, Jason A. Pithie, Esq., hereby certify that I served a true copy of the within Notice of Appearance upon John Fussell Esq., Robert M. Cheverie & Associates, P.C., Commerce Center One, 333 East River Drive, Suite 101, East Hartford, Connecticut 06108, by mailing a true copy thereof, by first class mail, postage prepaid, on the date set forth below.

Date: 4/6/05

                            Jason A. Pithie, Esq.

C:\Documents and Settings\Jason\My Documents\Coastline Co\Local 12\Notice of Appearance.doc