Commerce Center One
333 East River Drive, Suite 101
East Hartford, CT 06108
Telephone: (860) 290-9610
Fax: (860) 290-9611
e-mail: jfussell@cheverielaw.com

**ROBERT M. CHEVERIE & ASSOCIATES, P.C.**

# Fax Transmission

| | |
|---|---|
| **To:** | Zita Lovett, Deputy Clerk for Judge Tauro |
| **Company:** | U.S. District Court - Massachusetts |
| **Fax Number:** | 617-748-9096 |
| **Pages (including cover sheet):** | 3 |
| **From:** | Robert M. Cheverie, Esq. and John T. Fussell, Esq. |
| **Date:** | April 11, 2005 |
| **Re:** | Case No. 04-11672 (JLT) - Settlement Agreement - |

☐ Urgent    ☐ For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

● Comments:

Ms. Lovett,

As a Settlement of the above referenced matter in place, \the parties will not be attending the status conference scheduled for Wednesday, April 13 at 10:15 AM. Attached please find a Joint Status Report and Motion for a 180 Day Dismissal Order that this office will be filing with the court by overnight mail.

John Fussell

860-290-9610

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT OR AN EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.