UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---

TRUSTEES OF THE PLUMBERS AND GASFITTERS'
LOCAL UNION NO. 12 WELFARE, PENSION,
ANNUITY, VACATION & XMAS and FRINGE BENEFIT
FUNDS; PLUMBERS AND GASFITTERS LOCAL
UNION NO. 12; AND PLUMBERS' UNION LOCAL NO.
12 LABOR MANAGEMENT COOPERATION TRUST
FUND

Plaintiffs

VS.

THE COASTLINE COMPANY, INC.

Defendant

Civil Action No.
04 11672 JLT

April 11, 2005

---

**JOINT STATUS REPORT OF SETTLEMENT AND MOTION FOR A 180 DAY
DISMISSAL ORDER WITHOUT PREJUDICE TO EXTEND OR RE-OPEN**

In light of a written Settlement Agreement summarized below, the parties jointly request postponement of the status conference scheduled for April 13, 2005 at 10:15AM.

The parties have entered into a written Settlement Agreement of the above referenced matter wherein: **(1)** the Defendant, The Coastline Company, Inc., does not dispute the delinquencies and late fees represented in the Settlement Agreement (November 2004, $46,665.60; December 2004, $45,668.16; and late fees $4,991.27); **(2)** the Defendant has agreed to pay the identified delinquencies and late fees and interest in monthly payments that conclude on July 28, 2006; **(3)** the Defendant has agreed to provide each

month a Project Report; and **(4)** the Defendant has agreed to stay current in its ongoing monthly Funds payment obligations to the Plaintiff Funds as a result of ongoing work.

Assuming the Defendant remains current in its obligations under the Settlement Agreement summarized above, the Court will order a dismissal of this matter one hundred eighty (180) days from the date of this Motion without prejudice to the Plaintiff to extend or re-open if for any reason the Defendant breaches its Settlement Agreement obligations listed in the Agreement between the parties through July 28, 2006.

Respectfully submitted,

| THE PLAINTIFF | THE DEFENDANT |
|---|---|
| By: *[signature]* | *[signature]* |
| Robert M. Cheverie, Esq. | Jason A. Pithie, Esq. |
| BBO # 082320 | BBO # 644941 |
| ROBERT M. CHEVERIE & ASSOCIATES, P.C. | PITHIE & ASSOCIATES, INC. A Professional Corporation |
| 333 East River Drive, Suite 101 | 158 Pleasant Street |
| East Hartford, CT 06108-4206 | South Weymouth, MA 02190 |
| Tele: (860) 290-9610 | Tele: (781) 682-9010 |
| E-mail: rcheverie@cheverielaw.com | E-Mail: Jason-law@comcast.net |

JTP.12TP.Coastline.
Jnt. Status Rpt & Motion 04-11-05

2

ROBERT M. CHEVERIE & ASSOCIATES, P.C.
COMMERCE CENTER ONE • 333 EAST RIVER DRIVE • SUITE 101 • EAST HARTFORD, CT 06108 • (860) 290-9610 • FAX (860) 290-9611 • JURIS NO. 405719

month a Project Report; and **(4)** the Defendant has agreed to stay current in its ongoing monthly Funds payment obligations to the Plaintiff Funds as a result of ongoing work.

Assuming the Defendant remains current in its obligations under the Settlement Agreement summarized above, the Court will order a dismissal of this matter one hundred eighty (180) days from the date of this Motion without prejudice to the Plaintiff to extend or re-open if for any reason the Defendant breaches its Settlement Agreement obligations listed in the Agreement between the parties through July 28, 2006.

Respectfully submitted,

| THE PLAINTIFF | THE DEFENDANT |
|---|---|
| By: _[signature]_ | _[signature]_  signed with permission |
| Robert M. Cheverie, Esq. | Jason A. Pithie, Esq. |
| BBO # 082320 | BBO # 644941 |
| ROBERT M. CHEVERIE & ASSOCIATES, P.C. | PITHIE & ASSOCIATES, INC. A Professional Corporation |
| 333 East River Drive, Suite 101 | 158 Pleasant Street |
| East Hartford, CT 06108-4206 | South Weymouth, MA 02190 |
| Tele: (860) 290-9610 | Tele: (781) 682-9010 |
| E-mail: rcheverie@cheverielaw.com | E-Mail: Jason-law@comcast.net |

JTF.12TF.Coastline.
Jnt. Status Rpt & Motion 04-11-05

2

**ROBERT M. CHEVERIE & ASSOCIATES, P.C.**
COMMERCE CENTER ONE • 333 EAST RIVER DRIVE • SUITE 101 • EAST HARTFORD, CT 06108 • (860) 290-9610 • FAX (860) 290-9611 • JURIS NO. 405719

158 Pleasant Street
So. Weymouth, MA 02190
(781) 682-9010
(781) 682-9011 facsimile

Pithie & Associates, Inc.



| To: | John Fussell, Esq. | From: | Jason A. Pithie, Esq. |
|---|---|---|---|
| Fax: | 860-290-9611 | Pages: | 2 including cover |
| Phone: | | Date: | 4/11/2005 |
| Re: | Coastline/Trustees | CC: | |

☐ Urgent    ☒ For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

● Comments:

John:

Here is the signed signature page for your file. Please let me know as soon as possible if you hear something from the court.

Thanks, Jason

The documents accompanying this facsimile transmission contain information from Pithie & Associates, Inc., which is confidential, privileged, and protected by the attorney client privilege. The information is intended only for the use of the recipient named within. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or exploitation of, or taking of any action in reliance on, the contents of this facsimile is strictly prohibited. If you have received this document in error, please notify Pithie & Associates, Inc., immediately by telephone to arrange for the retrieval of the original documents by Pithie & Associates, Inc., at no cost or expenses to you.