UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TRUSTEES OF THE PLUMBERS AND GASFITTERS'
LOCAL UNION NO. 12 WELFARE,PENSION, ET AL
    Plaintiff,

    V                              CA 04-11672-JLT

THE COASTLINE COMPANY, INC.
    Defendant.

## SETTLEMENT ORDER OF DISMISSAL

TAURO, D.J.

    The court having been advised on April 11, 2005 by counsel for the parties that the above action has been settled:    IT IS ORDERED that this action is hereby dismissed without prejudice to reconsideration and re-opening if within **180** days of this order a motion is filed which represents that the terms of the settlement agreement have not been performed and there is good cause for the non-performing party or parties to have failed to perform.

                            By the Court,

                            Zita Lovett

                            ___/s/_____
                            Deputy Clerk

April 12, 2005